UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER         :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION     :
:
:
:
:
:
-----------------------------------------------------------------X
MIGUEL PACHO,                          :   07-CV-04501-AKH
:
                Plaintiff,    :
:   **APPEARANCE**
  - against -                         :
:   **ELECTRONICALLY FILED**
ALAN KASMAN D/B/A KASCO, *et al.*,     :
:
               Defendants.    :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York          DICKSTEIN SHAPIRO LLP
       January 18, 2008

                         By:   /s/ Judith R. Cohen
                               _____
                               Judith R. Cohen (JC-8614)
                               1177 Avenue of the Americas
                               New York, New York 10036
                               Phone: (212) 277-6500
                               Fax: (212) 277-6501

                               *Attorney for Defendant*
                               MERRILL LYNCH & CO., INC.

DOCSNY-287477